

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Robert Frazer*
*United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*david.inkeles@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 645-2813*
*fax:    (973) 297-2010*

*David Inkeles*
Assistant U.S. Attorney
*Acting Deputy Chief, Civil Division*

May 26, 2026

**BY ECF**
Honorable Michael E. Farbiarz, U.S.D.J.
U.S. District Court for the District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07102

SO ORDERED.
s/ Michael E. Farbiarz
Michael E. Farbiarz, U.S.D.J.
Date: 5/27/26

> Re:  ***Huerta Huerta v. Blanche, et al.***, No. 26-5939 (MEF)
>      **Status Update**

Dear Judge Farbiarz:

This Office represents Respondents in this habeas action. We respectfully write pursuant to the Court's text order requiring Respondents to schedule a bond hearing on or before May 27 at noon, unless by 5:00 p.m. today Respondents file a letter indicating that Petitioner seeks to adjourn the bond hearing, or that the case is meaningfully distinguishable from prior decisions from this Court addressing detention under 8 U.S.C. § 1225(b)(2). *See* ECF No. 3.

In accordance with the text order, Respondents requested that the Executive Office of Immigration Review conduct a bond hearing for Petitioner by tomorrow at noon. U.S. Immigration and Customs Enforcement ("ICE") has indicated that Petitioner's bond hearing has been scheduled for tomorrow, May 27, at 8:30 a.m. However, upon notifying Petitioner's counsel of this hearing, Petitioner's counsel indicated that Petitioner wished to reschedule the bond hearing so that Petitioner can obtain different counsel (not his habeas counsel) to assist with the proceeding. Petitioner, through habeas counsel, has requested 14 days to prepare for the bond hearing. Respondents do not object to that request. Accordingly, the parties respectfully request that the Court allow Petitioner's bond hearing to be scheduled on or before June 9, 2026, at 5:00 p.m., and for the parties to provide a status update regarding the results of that hearing by June 10, 2026, at 5:00 p.m.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   *s/ David Inkeles*
DAVID INKELES
Assistant United States Attorney
Acting Deputy Chief, Civil Division
*Attorneys for Respondents*

cc:   Counsel of Record (by ECF)

2