

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Robert Frazer*
*United States Attorney*

*David Inkeles*
Assistant U.S. Attorney
*Acting Deputy Chief, Civil Division*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*david.inkeles@usdoj.gov*

*main:  (973) 645-2700*
*direct: (973) 645-2813*
*fax:   (973) 297-2010*

July 7, 2026

**BY ECF**
Honorable Michael E. Farbiarz, U.S.D.J.
U.S. District Court for the District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07102

**SO ORDERED.**
**s/ Michael E. Farbiarz**
**Michael E. Farbiarz, U.S.D.J.**
Date: ⌐J ⅃ ↑  ⟨  2026

    Re:   *Huerta Huerta v. Blanche, et al.*, No. 26-5939 (MEF)
            **Request for Additional Time to Respond to ECF No. 20**

Dear Judge Farbiarz:

      This Office represents Respondents in this habeas action.  We respectfully write pursuant to the Court's text order requiring Respondents to file "a very short letter indicating whether they waive any objections to personal jurisdiction or venue on or before July 7 at noon." ECF No. 20.  Respondents are actively coordinating with other components of the Department of Justice, including the Office of Immigration Litigation, and the U.S. Department of Homeland Security, to provide a response as to whether we intend to contest jurisdiction or venue in this case.  To ensure that Respondents provide the Court with the benefit of a considered response, we respectfully request that the Court grant an extension of time, until July 13, 2026, to file a short letter indicating whether Respondents intend to waive any objections to personal jurisdiction or venue in this case.  Petitioner's counsel graciously consents to this request.  We thank the Court for its consideration of this request.

                          Respectfully submitted,

                          ROBERT FRAZER
                          United States Attorney

          By:    *s/ David Inkeles*
                 DAVID INKELES
                 Assistant United States Attorney
                 Acting Deputy Chief, Civil Division
                 *Attorneys for Respondents*

cc:    Counsel of Record (by ECF)